# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

**DARREL H. SARVAUNT, ET AL.** \*CIVIL ACTION NO. 09-cv-0990 c/w
                                                                  08-cv-1745

**VS.** \*JUDGE DOHERTY

**AMERICAN COMMERCIAL LINES, LLC** \*MAGISTRATE JUDGE HILL

## NOTICE OF FAILURE TO COMPLY AND ORDER

The Rule 26(f) Report mandated by the Scheduling Order was due in the undersigned's office on August 25, 2009. [rec. doc. 9]. To date, said Rule 26(f) Report has not been jointly submitted.[1]

**IT IS ORDERED** that on or before **October 28, 2009** counsel shall prepare a Rule 26(f) Report in accordance with the requirements contained in the form attached to the Scheduling Order, and shall submit the report to the chambers of Magistrate Judge Hill. **Original or fax signatures of all counsel of record must be affixed to the Rule 26(f) Report upon submission to the court**.[2]

Counsel are notified that a failure to comply with this order will warrant the imposition of the sanctions authorized by F.R.Civ.P. 16(f).

The **Clerk of Court** shall fax or email notice of this order to all counsel of record.

Signed at Lafayette, Louisiana on October 7, 2009.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned acknowledges that a Rule 26(f) Report has been filed in the consolidated action. However, there is no information in that Report concerning the instant action.

[2] Under the principles and authority of Uniform Louisiana Local Rule 5.5W and F.R.E. 1003, the district judges of the Lafayette Division have authorized the submission of facsimile, in lieu of original, signatures upon Rule 26(f) Reports only.